SCANNED at WVCF and Emailed on
3-23-23 by LSE - 13 pages.
(date)   (Initials)   (num)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|
| Name: Demarcus Poole | Prisoner No. 249032 | Case No. TSP 22-11-0187 |

Place of Confinement: Wabash Valley Correctional Facility

2:23-cv-00143-JPH-MG

Name of Petitioner (include name under which convicted)

Name of Respondent (authorized person having custody of petitioner)

Demarcus A Poole   V.   Wabash Valley Correctional Facility

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Wabash Valley Correctional Facility, 6908 S. old U.S. Highway 41

2. Date of Guilt determination: 1-6-23

3. Sanctions imposed: 3 months DSRH 1-29-24 – 4-29-24, earned credit time deprivation of 90 days, CC demotion 1 TTC

4. Nature of rule infractions involved (all counts): Poss. Elect Device Code 207

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing  ☐
   (b) Full Hearing  ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑   No ☐

T5

9. If you did appeal, answer the following:

   (a) Name and title of Reviewing Authority: Warden Vanihel

   (b) Result: Denied

   (c) Date of result: Feb. 3, 2023

   (d) Grounds raised: Insufficent evidence, violation of due process denial. Refusal of camara Review

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

   (1) Name and title of Higher Reviewing Authority: Elise Gallagher Appeal Review

   (2) Result: Denied

   (3) Date of result: February 23, 23

   (4) Grounds raised: Insufficient evidence, violation of due Process denial. Refusal of camara Review

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

T5

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

(A) GROUND ONE: Violation of due process

SUPPORTING FACTS (state *briefly* without citing cases or law) ISP failed to screen me within the 7 day period Furthermore never allowed me to even see a postponment sheet offense date: 11-22-22 Conduct was never postponed nor was I given and or presented a confiscation slip wasnt transferd to Wabash Valley Correctional Facility until 12-5-22 didt get my hearing until 1-6-23 lay advicate wasnt present () nor advised me

(B) GROUNT TWO: Insufficent evidence / due process

SUPPORTING FACTS (state *briefly* without citing cases or law) 2 of my witness statments wasnt granted I also ask for the camara review which was denied policy states a ~~~~ charged offender may request a witness testimony be presented at the hearing furthermore when an offender request video the detailed summary shall be documented by fully completing state Form 55721 ~~~~

(C) GROUNT THREE: Refusal of Camara Review

SUPPORTING FACTS (state *briefly* without citing cases or law) I never recieved a State Form 55721 explaining the reasoning why my request for camara review wasnt granted in which the video wulda shwn I was never shook down nor in possesion of a electronic device

T5

AO 241      (Rev.5/85)

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

N/A

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

    Yes ☐    No ☑

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

    (a) At Disciplinary hearing: C/O R

    (b) At Institutional Level Appeal: Warden Vanihel

    (c) At I.D.O.C. Level Appeal: Elise Gallagher appeal Review officer

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Demarcus Pule*
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-8-23
DATE

*Demarcus Pule*
Signature of Petitioner