UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEMARCUS POOLE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00143-JPH-MG |
| WARDEN, | ) ) ) |
| Respondent. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner, Demarcus Poole. Mr. Poole's petition for writ of habeas corpus is denied and the action is terminated.

Date: 5/6/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DEMARCUS POOLE
249032
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

All electronically registered counsel

1